FILED

United States District Court

Middle District of Florida

Tampa Division

2018 MAR 19 PM 1: 24

..... ....... COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Carlton Hooker Jr.,

    Plaintiff

vs.

David J. Shulkin, Secretary

Dept. of Veterans Affairs, et al.

    Defendant

USDC No. __8:18 mc 17 T30 MAP__

Date: __3-19-18__

## MOTION FOR LEAVE TO FILE A CIVIL RIGHTS DISCRIMINATION LAWSUIT

I, (**Plaintiff, Carlton Hooker Jr**.) hereby files a Motion for Leave to file a Civil Rights Discrimination Lawsuit

against (**Defendant, David J. Shulkin, Secretary of the Department of Veterans Affairs**) and (**Bay Pines VA**

**Director, Suzanne M. Klinker**) and (**others**).

In the April 1, 2015 order of United States District Court, James S. Moody Jr. he states as follows; **Plaintiff is**

**ENJOINED from filing any new action, complaint, or claim for relief against Defendants, the Department of**

**Veteran's Affairs, or any other current or former employee or officer of the Department of Veteran's Affairs,**

**related to his employment at Bay Pines VA Hospital, in federal court, state court, or any other forum unless he**

**first obtains leave to file from this Court. Leave will be freely given if the new action does not involve Plaintiff's**

**former employment with the Department of Veteran's Affairs.**

On August 22, 2017, I filed a Civil Rights Discrimination Complaint against Bay Pines VA Director, Suzanne Klinker,

as it pertains to the following: **On 2/25/16, VA Director, Suzanne Klinker banned me from the entire Bay Pines**

<u>VAHCS under the authority of 38 CFR 1.218 – Security and Law Enforcement at VA facilities, based on information contained in a police report for which I was never charged, fined, adjudicated guilty or imprisoned under that authority. It was then modified on 12/9/16 to a lifetime ban, which denies me access to Federally Protected Activities such as VA Benefits, Services, Programs, etc</u>.

The Agency received this Civil Rights Discrimination Complaint on August 24, 2017, for which this complaint makes absolutely no reference to any type of employment with the Bay Pines VAHCS, therefore the Plaintiff did not have to file a Motion to File this Civil Rights Discrimination Complaint with the court, in accordance with Judge Moody's April 1, 2015 order.

In the remedy section of the Civil Rights Discrimination Complaint, I state as follows<u>: I am demanding that my rights to access Federally Protected Activities at Bay Pines gets restored if Director Klinker fails to provide court documents which shows that I was charged, fined, adjudicated guilty, or imprisoned under the authority of 38 CFR 1.218, for which she banned me on 2/25/16</u>.

I attempted to shield the VA from embarrassment, by making a <u>**Miscellaneous Request for a Hearing on Disorderly Conduct Charge, and Penalty of under 38 CFR 1.218**</u> on February 5, 2018 under (<u>USDC Case No. 8:18-mc-00007-VMC-TGW</u>) based on the undisputed material fact, that I was denied the right to due process to contest the charge and penalty that was issued to me by Director, Suzanne Klinker on February 25, 2016, for which I wanted to present evidence, in the form of court documents from the United States District Court, for the Middle District of Florida which clears my name, and lays all of the blame on Director Suzanne Klinker and others, and not the VA.

This case was assigned to United States District Court Judge, Virginia Maria Hernandez-Covington on February 5, 2018, and on the date of February 12, 2018, she told me that this was a Civil Case and that I needed to file suit, and then she sent it back to the Clerk's Office, and then had the case randomly assigned to Judge James S. Moody Jr. under (**USDC Case No 8:18-cv-00349-JSM-CPT**), who then proceeded to transferred it back on February 28, 2018 under (**USDC Case No. 8:18-cv-00349-VMC-CPT**) to her due to the fact, that even he knew that he could not dismiss it with prejudice because it is not an employment complaint, and it does not violate his April 1, 2015 order, and then she ended up dismissing the case without prejudice after I missed her March 12, 2018 deadline to file, which means that I can refile it at any time, for which I can now file under the Civil Rights Act of 1991 as it pertains to DAMAGES IN CASES OF INTENTIONAL DISCRIMINATION

Therefore, the MOTION FOR LEAVE TO FILE A CIVIL RIGHTS DISCRIMINATION LAWSUIT against the Defendants should be granted.

/s/ Carlton E. Hooker Jr.

Carlton E. Hooker Jr. – Complainant

10901 Brighton Bay Boulevard NE

#6113

St. Petersburg, Florida 33716

Phone # (727) 342-3282

Email: carltonhooker@gmail.com

**YOUR RIGHTS UNDER THE EXTERNAL DISCRIMINATION COMPLAINTS PROGRAM**

No person shall be subjected to discrimination under any Department of Veterans Affairs' program or activity receiving Federal financial assistance.

**WHAT IS VA'S EXTERNAL DISCRIMINATION COMPLAINTS PROGRAM?**

The External Discrimination Complaints Program receives and refers for investigation complaints from individuals who believe they have been discriminated against on the basis of their race, color, national origin (limited English proficiency), age, sex, disability, or reprisal in Federally conducted and Federally assisted programs or activities. Federally conducted programs are those that are directly administered by the Department, such as healthcare and other VA benefits. Federally assisted programs are those programs that receive Federal financial assistance.

**HOW CAN I FILE A DISCRIMINATION COMPLAINT?**

If you believe that you have been discriminated against you may file a complaint through the External Discrimination Complaints Program. A signed, written complaint should be filed within 180 days of the date of the alleged discrimination at the following address:

Office of Resolution Management
Department of Veterans Affairs
10701 East Boulevard, 5th Floor
Cleveland, OH  44106-1702

**YOUR COMPLAINT SHOULD INCLUDE:**

- Name, address, and telephone number. If you are filing on behalf of another person, include your name, address telephone number, and your relation to that person.
- Name and address of the facility where you believe the discrimination occurred.
- How, why, and when you believe you were discriminated against. Include as much background information as possible about the alleged acts of discrimination against you, to include the basis(es)of discrimination.
- Names of any persons, if known, that the investigator could contact for additional information to support or clarify your allegations.

**WHAT WILL VA DO WITH YOUR EXTERNAL COMPLAINT?**

Once a complaint is received, ORM will review it and determine which Administration (Veterans Health Administration, Veterans Benefits Administration or National Cemetery Administration) will be responsible for processing the complaint. ORM will forward the complaint to the Administration for review to determine whether or not to investigate the issues you have raised.

OMB Number 2900-0682
Estimated burden: 15 minutes

## Department of Veterans Affairs | CIVIL RIGHTS DISCRIMINATION COMPLAINT

### USE AN ADDITIONAL SHEET OF PAPER TO ANSWER ANY QUESTION IF NECESSARY.

**PRIVACY ACT INFORMATION:** The information requested on this form is solicited under authority of Title 38, Code of Federal Regulations, Chapter 1, Parts 15 and 18, and is used by patients and other VHA customers to file a formal complaint for alleged violations of their civil rights pertaining to race, color, sex, national origin, age, disability, or reprisal. The information you supply may also be disclosed outside the VA as permitted by law or as stated in the "Notices of Systems of VA Records" 16VA026 Litigant, Tort Claimant, EEO Complainant, and Third Party Recovery Files-VA and 63VA05 Grievance Records-VA published in the Federal Register. Disclosure is voluntary, however, failure to furnish the information will result in our inability to process your request promptly and adjudicate your grievance needs. Failure to furnish the information will have no adverse effect on any other benefits to which you may be entitled.

The Paperwork Reduction Act of 1995 requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of this Act. The public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Completion of this form is entirely voluntary. Failure to complete the form will have no adverse impact on any benefits to which you may have been entitled. The purpose of this information collection is to help you explain an event you consider discriminatory.

| 1. NAME (Last, First, Middle Initial) | 2. MAILING ADDRESS |
|---|---|
| Hooker Jr., Carlton, E. | 10901 Brighton Bay Blvd NE Apt #6113 St. Petersburg, Florida  33716 |

| 3A. WORK TELEPHONE NO. (Include area code) | |
|---|---|
| (727)800-3203 | |

| 3B. HOME TELEPHONE NO. (Include area code) | 4. NAME AND ADDRESS OF VA FACILITY OR OTHER AGENCY WHERE DISCRIMINATION OCCURRED. |
|---|---|
| (727)867-8386 | 10,000 Bay Pines Blvd - Bay Pines, Fl. 33744 |

| 5. NAME OF SERVICE/PRODUCT LINE WHERE DISCRIMINATION OCCURRED. | 6. NAME OF INDIVIDUAL (If known) WHO DISCRIMINATED (Include phone number) OR IDENTIFY THE DISCRIMINATORY PRACTICE. | 7. DATE OF DISCRIMINATION (Include the most recent date(s) |
|---|---|---|
| Bay Pines VAHCS - Directors Office | Suzanne Klinker | 2/25/16 - 12/9/16 |

**8. BASIS** (For each claim you believe was discriminatory, list the bases for your complaint) (You may list one or more):

[X] A. RACE (Specify below)
- ( ) American Indian
- ( ) Asian
- ( ) White
- ( ) Native Hawaiian or Other Pacific Islander
- (•) Black or African American

[ ] B. ETHNICITY (Specify below)
- ( ) Spanish / Hispanic / Latino
- ( ) Not Spanish / Hispanic / Latino

[ ] C. NATIONAL ORIGIN
(Specify) [_____]

[X] E. AGE
(Date of birth) 09/17/1970

[X] D. SEX
(•) Male   ( ) Female

[X] F. DISABILITY
( ) Physical   (•) Mental

**9. ISSUE(S)** (If your complaint concerns discrimination in the delivery of services, or employment, briefly describe what happened below.)

On 2/25/16, VA Director, Suzanne Klinker banned me from the entire Bay Pines VAHCS under the authority of 38 CFR 1.218 - Security and law enforcement at VA facilities, based on information contained in a police report for which I was never charged, fined, adjudicated guilty or imprisoned under that authority. It was then modified on 12/9/16 to a lifetime ban, which denies me access to Federally Protected Activities such as VA Benefits, Services, Programs etc. at Bay Pines.

| 10. LIST THE MOST CONVENIENT TIME AND PLACE FOR YOU TO BE CONTACTED REGARDING THIS COMPLAINT | 11. PLEASE PROVIDE THE NAME, ADDRESS, AND TELEPHONE NUMBER OF YOUR ATTORNEY OR REPRESENTATIVE (If applicable). |
|---|---|
| Mondays or Tuesdays by phone: (727)342-3282 | To Be Determined |

**12.** IF THE DISCRIMINATORY ACT DESCRIBED ABOVE OCCURRED MORE THAN 180 DAYS AGO, PLEASE EXPLAIN WHY YOU WAITED UNTIL NOW TO FILE A COMPLAINT.

I did not know that I could file a complaint, as it pertains to this violation of my civil rights by Director, Suzanne Klinker, for which she also falsely accused me of stalking her by scheduling my medical appointments at Community Based Outpatient Clinics where she was scheduled to speak,

| 13. LIST ANY PERSON (Witness, fellow employee) WHO CAN SUPPORT YOUR ALLEGATION (List name, address, telephone number) | 14. HAVE YOU FILED THIS COMPLAINT WITH ANOTHER AGENCY? (If yes, provide the name and address) [ ] YES  [X] NO |
|---|---|
| Karen Mulcahy - VA Regional Counsel Attorney, She will testify that everything stated above is true. (727) 398-6661, Ext 15112 | Not Applicable |

**15.** WHAT REMEDY ARE YOU SEEKING FOR THE ALLEGED DISCRIMINATION LISTED ABOVE?

I am demanding that my rights to access Federally Protected Activities at Bay Pines gets restored if Director Klinker fails to provide court documents which shows that I was charged, fined, adjudicated guilty, or imprisoned under the authority of 38 CFR 1.218, for which she banned me on 2/25/16.

| 16. SIGNATURE (Sign in ink) | 17. DATE (mm/dd/yyyy) |
|---|---|
| Carlton E Hooker Jr | 08/22/2017 |

VA FORM **10-0381**
NOV 2005

Case 8:18-cv-00696-VMC-TGW    Document 1    Filed 03/22/18    Page 6 of 14 PageID 6

12/11/2017                Gmail - 8.22.17- Civil Rights Discrimination Complaint against VA Director - Suzanne Klinker has been delivered on 8.24.17

# M Gmail                                          carlton hooker <carltonhooker@gmail.com>

## 8.22.17- Civil Rights Discrimination Complaint against VA Director - Suzanne Klinker has been delivered on 8.24.17

1 message

**carlton hooker** <carltonhooker@gmail.com>                    Thu, Aug 24, 2017 at 12:38 PM
To: "Karen L. Mulcahy" <karen.mulcahy@va.gov>, "Shulkin, David J. , MD" <david.shulkin@va.gov>, SECVA
<secva@va.gov>, "Hanretta, Kevin" <kevin.hanretta@va.gov>

To: Ms. Karen L. Mulcahy

From: Mr. Carlton E. Hooker Jr.

Date: August 24, 2017

Ref: 8.22.17- Civil Rights Discrimination Complaint against VA Director - Suzanne Klinker

Cc: VA Secretary - David J. Shulkin

Cc: VA OSP Head - Kevin Hanretta

At this time, I am forwarding you proof of delivery of the Civil Rights Discrimination Complaint that I filled against VA Director, Suzanne Klinker, in which she illegally banned me under the authority of 38 CFR 1.218 - Security and Law Enforcement at VA facilities, for which it apparently clear that I never was arrested, charged, fined, or imprisoned for any violation under said authority, as referenced in the certificate from the United States District Court, from the Middle District of Florida on August 10, 2017.

As a former VA Police Officer at Bay Pines with firsthand extensive knowledge of these laws, I would really like to know how VA Director, Suzanne Klinker could justify banning me under this authority on February 25, 2016 without any substantiated charges, and then trick members from VA Headquarters, to modify this illegal ban from February 25, 2016, into a lifetime ban on December 9, 2016 which denies this veterans access to Federally Protected Activities.

You may want to speak to Ms. Karen L. Mulcahy about this, because for the past 7 plus years, she has done everything in her power, just short of labeling me as a domestic terrorist, in an attempt to destroy this veterans life with NO SUCCESS. With respect to Secretary Shulkin, I would like my good name cleared, and my rights restored immediately. Thank You.

———— Forwarded message ————
From: **iShip_Services@iship.com** <iShip_Services@iship.com>
Date: Thu, Aug 24, 2017 at 12:17 PM
Subject: Your parcel has been delivered
To: "CARLTONHOOKER@GMAIL.COM" <CARLTONHOOKER@gmail.com>

Your parcel has been delivered

Join our email program to receive exclusive offers and resources



The parcel to **OFFICE OF RESOLUTION MANAGEMENT** has been delivered.

Who sent it...
**CARLTON HOOKER**

(Sender's street address omitted
intentionally from this email)
**Saint Petersburg, FL 33716**

Who will receive it...
**OFFICE OF RESOLUTION
MANAGEMENT
DEPT OF VETERANS AFFAIRS**
(Recipient's street address omitted
intentionally from this email)
**CLEVELAND, OH 44106-1702 US
Thu 24 Aug 2017 10:42 AM**

Who is carrying it...
**THE UPS STORE #1331
727-579-0700**

Carrier detail...
**UPS 2nd Day Air**

Tracking details...
Tracking No.:
**1Z9A087V0276824947**
Shipment ID:
**MMACU86QQXJ4T**
Order / Item #: **JP**
Reference #: --

Ship date
**Tuesday, August 22, 2017**

Delivery date...
**Thu 24 Aug 2017 10:42 AM**

To get complete tracking information, click the following link:

**https://iship.com/trackit/track.aspx?t=1&Track=MMACU86QQXJ4T&src=_e**

For any queries about this shipment, please contact **UPS** directly at **1-800-PICK-UPS** (1-800-742-5877), and have your tracking number ready.

Case 8:18-cv-00696-VMC-TGW   Document 1   Filed 03/22/18   Page 8 of 14 PageID 8

12/11/2017                Gmail - 8.22.17- Civil Rights Discrimination Complaint against VA Director - Suzanne Klinker has been delivered on 8.24.17

At The UPS Store®, we do all we can to help our customers stay one step ahead. Join our email program today and we'll regularly send great offers and resources direct to your inbox - so you can make more of your time and money.

Sign up now

DO NOT REPLY DIRECTLY TO THIS EMAIL

The UPS Store

On-Line manifesting and tracking technologies powered by iShip(r). Shipping Insight.(r)

Thursday, August 24, 2017 09:15 AM Pacific Daylight Time

RECEIVED

United States District Court

Middle District of Florida

Tampa Division

2017 AUG -7  AM 9: 24

CLERK. US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA. FLORIDA

Carlton Hooker Jr.,

　　　　Plaintiff

vs.

David J. Shulkin, Secretary

Dept. of Veterans Affairs, et al.

USDC No. _____

Date:___8/7/17_____

### Records Check Request

At this time, I, (**Carlton E. Hooker Jr.**) hereby request a records check to see if I was ever arrested, charged, fined or imprisoned by the Bay Pines VA Police Department, under the authority of **38 CFR 1.218** as it pertains to Security and Law Enforcement at VA facilities prior to February 25, 2016.

On the date of February 25, 2016, (**VA Director, Suzanne Klinker**) banned me from the campus of the Bay Pines VA Healthcare System under that authority. (**Refer to Letter 1**) and that ban was modified to a lifetime ban on December 9, 2016 by (**Mr. Kevin Hanretta**) based on a request to ban me on October 4, 2016. (**Refer to Letters 2 and 3**)

However, if the United States District Court records, do not show that I was ever arrested, charged, fined or imprisoned by the Bay Pines VA Police Department, under the authority of **38 CFR 1.218** as it pertains to Security and Law Enforcement at VA facilities. Then both the original ban, and the modified lifetime ban would have been based on false pretenses and illegal.

*Carlton E Hooker Jr*

/s/ Carlton E. Hooker Jr.

Carlton E. Hooker Jr. – Complainant

10901 Brighton Bay Boulevard NE

#6113

St. Petersburg, Florida 33716

Phone # (727) 867-8386

Alt Phone # (727) 342-3282

Email: carltonhooker@gmail.com

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Elizabeth M. Warren
Clerk of Court

Keshia M. Jones
Tampa Division Manager

August 10, 2017

## CERTIFICATE OF SEARCH

Carlton Hooker, Jr
10901 Brighton Bay Blvd NE
#6113
St. Petersburg, FL 33716

At the request of Carlton Hooker, Jr, I have surveyed the party and case indices of the Tampa Division of the United States District Court and have found the following information with respect to the individual/corporation listed below:

NAME OF PARTY:   Carlton Hooker Jr

Certification of Negative Search Results for Criminal Cases and Positive Search Results for closed civil action(s):

✔   Listed as a named party in the following:

**8:06-cv-01358-MSS** Fortune v. United States of America et al.
**8:07-cv-01524-TBM** Fielder et al v. Peake.
**8:11-cv-01230-VMC-EAJ** Hooker v. Secretary, Department of Veterans Affairs.
**8:12-cv-02759-JSM-TBM** Hooker v. Shinseki.
**8:13-cv-01655-MSS-TBM** Hooker v. Shogren et al.
**8:14-cv-00333-JSM-AEP** Hooker v. Shinseki.
**8:14-cv-00344-JSM-EAJ** Hooker v. Shinseki.
**8:14-cv-01090-ACC-MAP** Hooker v. Moody.
**8:15-cv-00750-JSM-TGW** Hooker et al v. Hopkins et al.
**8:15-cv-01062-SDM-TBM** Hooker, Jr. v. Mulcahy.

**8:16-cv-03085-EAK-JSS** Hooker v. McDonald, et al.
**8:16-mc-00143-SDM-AAS** Hooker v. Department of Veterans Affairs.
**8:16-mc-00155-MSS-MAP** Hooker v. Department of Veterans Affairs.
**8:17-mc-00062-MSS-AAS** Hooker v. Department of Veterans Affairs.

CERTIFIED this 10th day of August, 2017 in Tampa, Florida.

ELIZABETH M. WARREN, CLERK.

By:    s/A. Castillo, Deputy Clerk

- 2 -

To: Mr. Jonathan Torres - Gulf Coast Director for Senator, Marco Rubio

From: Mr. Carlton E. Hooker Jr. on behalf of a group of Constituents of Senator, Marco Rubio

Date of Meeting: March 19, 2018

Time of Meeting: Scheduled for 2:00 PM to 2:30 PM

<u>Preliminary Meeting Outlining the Reason for Constituents Request for a Face to Face Meeting with Senator, Marco Rubio as it pertains to Civil Rights Violations, Whistleblower Retaliation, Employment Discrimination, Lack of Accountability, and Mistreatment of Veterans at numerous Veterans Integrated Service Network (VISN 8) facilities, and Demand for Investigation</u>

At this time, I, **(Mr. Carlton E. Hooker Jr.)** on behalf a group of Constituents, will hereby present you, **(Mr. Jonathan Torres)** with an outline of issues that we would like to address with Senator, Marco Rubio in a Face to Face Group Meeting with him. I will give you a brief synopsis of the issues of each individual.

> **Mr. Carlton E. Hooker Jr.** - This 60% Service Connected Disabled United States Army, Desert Storm Veteran, and former Bay Pines VA Police Officer, has been a victim of whistleblower retaliation from Bay Pines Management dating back to 2009, and currently he has been illegally banned from the entire Bay Pines VA System for life, by VA Director, Suzanne Klinker and VA Central Office, **under 38 CFR 1.218 - Security and Law Enforcement at VA facilities**, for which he has produced court documents from the United States District Court for the Middle District of Florida, which clears his name and shows that his Civil Rights were violated. **Assistant Chief of Police, Manuel Morales-Arroyo** ordered **VA Police Officer, Robert Volpe** to create a false police report on February 18, 2016, which falsely accused Mr. Hooker of Disorderly Conduct at a VA town hall meeting, for which that report was the nexus for the illegal ban. Mr. Hooker has also provided evidence in a 275 page dossier that was compiled by Current VA Police Officer, and protected whistleblower, Charles Harrington, which chronicles over 8 years of Retaliation against Whistleblowers, VA Police Corruption, Lack of Accountability, Civil Rights Violations, Employment Discrimination, and Mistreatment of Veterans.

> **Mr. Robert J. O'Neill** - This former VA Police Supervisor and protected whistleblower, has firsthand knowledge of the over 8 years of Retaliation against Whistleblowers, VA Police Corruption, Lack of Accountability, Civil Rights Violations, Employment Discrimination, and Mistreatment of Veterans. He was falsely accused of leaking information to individuals as it pertains to the overdose of a veteran, who was under arrest and under police custody. He was also targeted for disciplinary action by VA Police Management Officials, in retaliation for his being a witness in a lawsuit by 11 Bay Pines VA Police Officers, that settled out of court for 1.3 Million Dollars, in August of 2014, for which that case was the nexus for the creation of the VA Accountability and Whistleblower Act, that was spearheaded by former House Committee of Veterans Affairs member, Jeff Miller and

pushed thru by Senator, Marco Rubio, for which that bill was signed into law by President, Donald J. Trump in 2017. He also provided relevant information in the 275 page dossier.

➢ **Mr. Keith Hansford** - This gentleman is a former Bay Pines VA Police Dispatcher, who was also hired to be a Police Officer in 2010, under the condition that he would spy on the officers who were a part of the lawsuit that was eventually settled in August of 2014. He was approached by **VA Assistant Chief of Police, Manuel Morales-Arroyo** and asked to gather and report information about the litigation strategies" of officers who were suing the department. Hansford said that when he refused, his supervisors began a campaign of harassment against him that has continued even after he resigned in 2012.

➢ **Ms. Christine DiMaria Coons and Ms. Marlene DiMaria** - These women are the mother and sister of former Bay Pines VA Police Officer, (**Mr. Chad DiMaria - Deceased**) who was a party in the class action VA Police lawsuit, along with his former wife, (**Kendra**) who was also a VA Police Officer, and 9 other VA Police Officers. Both (**Chad and Kendra**) received settlements in the class action lawsuit, as it pertains to employment retaliation perpetuated against (**Chad**), by **Assistant Chief of Police, Manuel Morales-Arroyo**, because his wife, (**Kendra**) accused **Assistant Chief, Manuel Morales-Arroyo** of sexual harassment. On June 9, 2014, the Sexual Harassment claims of (**Kendra**) were settled by the VA for $300,000.00. However, prior to the settlement, she was forced to leave Bay Pines to take a VA Police Officer Job in South Dakota. She ended up divorcing (**Chad**), and taking their sons, Roman and Gian with her. Approximately 2 months after (**Kendra**) received her settlement. (**Chad**) went to South Dakota to visit his sons, and ended up taking his own life. They are demanding answers as to why the VA failed to protect their loved ones from harm, and they want to know why the individual who destroyed their family, (**Assistant Chief, Manuel Morales-Arroyo**) is still employed in his position, and also they would like to know why no female VA Police Officers have been hired since the settlement with (Kendra) was made. **NOTE: An email was disseminated by the (Director of OSLE, Mr. Frederick Jackson), to all VA Police Chiefs, Nationwide which shows that he has zero tolerance for sexual harassment or any other types of harassment,**

➢ **Mr. Charles Harrington** - This individual is a current VA Police Officer, and protected whistleblower, who invoked whistleblower protection under the VA Accountability and Whistleblower Protection Act, in a letter that he submitted to (**VA Secretary, David J. Shulkin**) on July 17, 2017, for which he sent out a copy of this letter, which outlines the over **8 year perpetuation of a hostile work environment, retaliation for the filing of EEO complaints, violations of civil rights, obstruction of justice, continual violations of federal policies; collusion between management, Human Resources, and Facility Administration, and Retaliation for reporting threats, against the President of the United States, Donald J. Trump**, along with documentary evidence in a 275 page dossier, that he submitted by certified mail to the White House, and to the House and Senate Committee of Veterans Affairs, Chairman's (**Phil Roe**) and (**Johnny Isakson**), and he also sent a copy of this dossier to the Washington DC office, of (**Senator, Marco Rubio**) for review on July 20, 2017.

➢ **Mr. Ronald Testa** - This individual is a VA Police Officer, and protected whistleblower under the VA Accountability and Whistleblower Protection Act, who also was a plaintiff in the class action lawsuit, which was completely settled in August of 2014. He is in the process of retirement from the VA due to the continued retaliatory harassment that has been perpetuated against him by VA Police Management since 2008. He has provided extensive information, which has been included in the 275 page dossier which was thoroughly created by VA Police Officer, Charles Harrington.

➢ **Mr. Bradley Bolden** - This individual is requesting assistance as it pertains the medical treatment that he not being given at the James A. Haley VA Hospital, in accordance with specific VA Regulations, and Federal Laws. Mr. Bolden is a supporter of the above mentioned individuals, and we want to assist him in getting the care that he deserves as a veteran who proudly served this country.

➢ **Mr. Michael Ford** - This veteran and his wife, won their case as it pertains to 100% disability compensation back pay dating back to 2010. But instead of back paying the veteran to 2010, the VA back payed the veteran to the month of his rating decision in 2015. Because of the failure of the VA to properly back pay this veteran, it kept the veteran from getting proper medical care for PTSD in order for the veteran be able to take care of his children.

In closing, we are providing you with a list of (**State Work Periods**) dates from the Senate Calendar in which the Senator, should be available to meet face to face with his constituents, and we are respectfully requesting that he makes himself available to us, on any of these following dates: (**March 26, 2018 thru April 6, 2018**), (**April 30, 2018 thru May 4, 2018**) and (**May 28, 2018 thru June 1, 2018**) and this information will be forwarded to his scheduling department immediately after the conclusion of this meeting.